CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 14 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Taylor
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| SHANNON CAVE,<br>    Petitioner, | Criminal Action No. 7:03-CR-00157 |
| v. | **2255 MEMORANDUM OPINION** |
| UNITED STATES OF AMERICA,<br>    Respondent. | By: Hon. James C. Turk<br>Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the Respondent's motion for summary judgment (Dkt. No. 117) is **GRANTED**, and the Petitioner's 28 U.S.C. § 2255 motion (Dkt. No. 106) is **DENIED**.

The Clerk is directed to strike the case from the active docket of the Court, and send copies of this Final Order and the accompanying Memorandum Opinion to the Petitioner and counsel of record for the Respondent.

ENTER: This 13th day of April, 2009

/s/ James C. Turk
Senior United States District Judge